# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
# CIVIL ACTION NO. 3:20-MC-043-FDW-DCK

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | **ORDER** |
| ) | |
| APPROXIMATELY $88,756.32 IN FUNDS, ) | |
| SEIZED FROM BANK OF AMERICA ) | |
| ACCOUNT XXXX0535, SUCH ACCOUNT ) | |
| HELD IN THE NAME OF "CELLPORT ) | |
| INTERNATIONAL INC.," ) | |
| ) | |
| Defendant. ) | |
| ) | |

**THIS MATTER IS BEFORE THE COURT** on Plaintiff's "Unopposed Motion For Extension Of Time To File Forfeiture Complaint" (Document No. 1) filed March 3, 2020. This motion has been referred to the undersigned Magistrate Judge pursuant to 28 U.S.C. § 636(b), and immediate review is appropriate. Having carefully considered the motion and the record, and noting consent of Defendant's counsel, the undersigned will grant the motion.

**IT IS, THEREFORE, ORDERED** that Plaintiff's "Unopposed Motion For Extension Of Time To File Forfeiture Complaint" (Document No. 1) is **GRANTED**. Plaintiff shall have up to and including **June 30, 2020** to file a Complaint.

Signed: March 4, 2020

David C. Keesler
United States Magistrate Judge